# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KHALID ZUBAIR., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ZEE LAW GROUP, *et al.*, <br><br>　　　　Defendants. | CV 16-05644 TJH (PLAx) <br><br><br> Order to Show Cause |

**It is Ordered** that Plaintiff shall show cause, if any, as to why Defendant Collect Access, LLC should not be dismissed for Plaintiff's failure to serve Collect Access, LLC within the time limits imposed by Fed. R. Civ. P. 4.

Plaintiff shall file a written response to this Order to Show Cause by October 30, 2017. Any brief in opposition to Plaintiff's written response shall be filed no later than seven days after Plaintiff's response is filed. Plaintiff may file a rely brief to any opposition no later than seven days after any opposition brief is filed.

Date: October 3, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　Senior United States District Judge