**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff*,
Khalid Zubair

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHALID ZUBAIR,** | **Case No.:** CV16-5644-TJH (PLAz) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **ZEE LAW GROUP; AND COLLECT ACCESS, LLC,** | |
| Defendants, | |

///
///
///
///
///
///
///

**1 of 2**
**NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled. Plaintiff respectfully requests that this Honorable Court vacate all pending dates and allow the parties forty-five (45) days within which to file dispositional papers. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: March 8, 2018                    Respectfully submitted,

                                          **KAZEROUNI LAW GROUP, APC**

                                          By:  */s/ Mona Amini*
                                                  MONA AMINI, ESQ.
                                                  ATTORNEYS FOR PLAINTIFF


## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On March 8, 2018, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 8, 2018 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.