**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff,*
Khalid Zubair

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHALID ZUBAIR,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ZEE LAW GROUP, PC; AND COLLECT ACCESS, LLC,**<br><br>**Defendants.** | **Case No.:**  2:16-CV-005644-TJH-PLA<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

//

//

//

//

---

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**                    PAGE 1 OF 2

NOW COME THE PARTIES, by and through their attorneys of record, to respectfully move this Honorable Court to dismiss the above-captioned action in its entirety WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.  A proposed order has been attached hereto and lodged with the Court via ECF.

Dated: April 25, 2018                         **KAZEROUNI LAW GROUP, APC**

                                             By:  /s/ Mona Amini
                                                   Abbas Kazerounian, Esq.
                                                   Mona Amini, Esq.
                                                   *Attorneys for Plaintiff*

Dated: April 25, 2018                         **CNT LAW GROUP**

                                             By:  /s/ Jeffrey Bao
                                                   Cindy Tran, Esq.
                                                   Jeffrey Bao, Esq.
                                                   *Attorney for Defendants*
                                                   *Zee Law Group and*
                                                   *Collect Access, LLC*

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Bao, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: April 25, 2018                         **KAZEROUNI LAW GROUP, APC**

                                             By:  /s/ Mona Amini
                                                   Mona Amini, Esq.
                                                   *Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626.  On April 25, 2018, I served the within document(s):

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND  [PROPOSED] ORDER**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 25, 2018, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CA 92626**

**PROOF OF SERVICE**