# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID ZUBAIR,<br><br>Plaintiff,<br><br>v.<br><br>ZEE LAW GROUP, PC; AND COLLECT ACCESS, LLC,<br><br>Defendants. | Case No.: 2:16-CV-005644-TJH-PLA<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[JS-6] |

Having reviewed the stipulation by the parties to dismiss this action with prejudice, with each party to bear its own respective attorneys' fees and costs, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed in its entirety WITH PREJUDICE with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 30, 2018

*Terry J. Hatter, Jr.*

HON. TERRY J. HATTER, JR.
U.S. DISTRICT COURT JUDGE